**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA,**
        Plaintiff      )
                               )
**v.**                         )    Case No. **6:23-MJ-06006**
                               )
**DEREK SCOTT FINKBEINER**    )
        Defendant    )

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the Office of the Federal Public Defender, and its attorney, **Bruce D. Eddy**, who hereby enters his appearance in the above-styled cause of action for the purpose of representing the defendant in all matters before this Court.

        Respectfully submitted,

        BRUCE D. EDDY
        FEDERAL PUBLIC DEFENDER
        WESTERN DISTRICT OF ARKANSAS

By:    /s/ Bruce D. Eddy
        Bruce D. Eddy
        Federal Public Defender
        112 West Center Street, Ste. 300
        Fayetteville, AR 72701
        (479) 442-2306

        Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to registered CM/ECF users.

        /s/ Bruce D. Eddy
        Federal Public Defender